UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-50366-JWC |
| | : | |
| DONALD W. STAFFORD, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

### NOTICE OF ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 554(a) and Federal Rules of Bankruptcy Procedure Rule 6007, Michael J. Bargar, Chapter 7 Trustee ("**Trustee**") for the above-captioned estate, proposes to abandon the following described property as burdensome, fully exempt with no equity, fully encumbered and/or of inconsequential value and benefit to Debtor's estate:

**Motor vehicle: 2016 Infiniti G50**

**PLEASE TAKE FURTHER NOTICE** that any objections to this proposed abandonment must be filed with the Clerk of the United States Bankruptcy Court, 1340 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and served upon the Trustee at the address shown below within fourteen (14) days from the date of service of this Notice. If no objection is filed, the proposed abandonment shall be effective as provided in Rule 6007 of the Federal Rules of Bankruptcy Procedure without further notice, hearing, or order of the Court. If an objection is timely filed, a hearing thereon will be scheduled with notice provided to the objecting party or parties, Trustee, the United States Trustee, Debtor, and counsel to the Debtor.

16625555v1

Respectfully submitted this 30th day of May, 2021.

|  |  |
|---|---|
|  | */s/ Michael J. Bargar* |
|  | Michael J. Bargar |
|  | Chapter 7 Trustee |
| 171 17th Street, NW, Suite 2100 | Georgia Bar No. 645709 |
| Atlanta, GA 30363 | michael.bargar@agg.com |
| 404-873-7030 |  |

16625555v1